## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ProAir, LLC | Case No. 22-11196 (LSS) |
| Debtor. | |

## <u>NOTICE OF FILING OF AMENDED CREDITOR MATRIX</u>

      **PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession have today filed the attached Amended Creditor Matrix with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Willington, Delaware 19801.

Dated: November 22, 2022
       Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

  _/s/ Joseph C. Barsalona II_
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street, 4th Floor, Suite 183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

1641 East Pine, LLC
293 Ridgeline Drive,
Chico, TX 76431

6630 EAST HWY 114
293 Ridgeline Drive,
Chico, TX 76431

AB Custom Fabricating LLC
P.O. Box 477
Granger, IN  46530

Accordion Partners, LLC
632 Broadway Second Floor
New York, New York 10012

Adamson, Michael S
1516 Cherokee St
Arlington, Texas 76012

Admat Mfg. Corp.
16744 US 12 East
Union, MI  49130

Advanced Diesel
12655 Industrial Drive
Granger, IN  46530

Advantage Trailer Rentals LLC
PO Box 772320
Detroit, MI  48277

Aeronet
PO Box 17239
Irvine, CA  92623

AGR, LLC
8204 Elmbrook Dr.
Dallas, TX  75247

AIRGAS,USA LLC

PO Box 734672
Dallas, TX 75373

ALBERTA AUTO AND TRUCK REPAIR INC
4150B 14A ST SE
CALGARY AB T2G3L3
CANADA

All Star Corrugated
1425 Forum Way South
Fort Worth, TX  76140

Allegheny York
3995 N George St Ext
Manchester, PA  17345

ALLEGIANCE TRUCKS
525 W. LINDEN AVE,
LINDEN, NJ 07036

Alliance Bus Group
13 Rebel Road,
Hudson, NH 03051

ALLIANCE BUS GROUP
820 OFFICE PARK CIRCLE,
LEWISVILLE, TEXAS  75057

Allied Electronics
7151 Jack Newell Blvd S,
Fort Worth, TX  76118
Allison, Stephanie
R1666 Dodd Rd
Niles, Michigan  49120

Alma Products Company
PO Box 430,
Ferris, TX  75125

Almega Tru-Flex, Inc
3917 US 106 East

PO Box 67
Bremen, IN  46506

Alta Equipment Company
25538 Network Place
Chicago, IL 60673

Amada America Inc
P O Box 530603,
Atlanta, GA  30353-0603

Amco Enterprises
4209 Hahn Blvd
Fort Worth, TX  76117

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Products Inc
45 Leigh Drive
York, PA  17406

AmeriGas
P.O. Box 7155
Pasadena, CA  91109

Amor, Tara R
3699 N 175 E, Lot 174
Warsaw, Indiana  46582

Andy's Auto & Bus Air, Inc. - Laredo
11901 Sara Road
Laredo, TX  78045

Anhui Ningguo Hantai New Materials Limited Company
No.6 Xingsheng Rd., Heli Bali
Industry Zone, Ningguo City,
Anhui Province, 242300
China

APC MANUFACTURING, LLC
841 TANAGER CIRCLE
LONGMONT, CO 80504

Apollo Fire Apparatus Repair
12584 Lakeshore Dr.
Romeo, MI 48065

Argueta, Sandra
I231 W Simonton St
Elkhart, Indiana  46514

ARTEX TRUCK CENTER
1801 TRINITY BLVD
TEXARKANA, AR  71854

ASCO LP
P.O.Box 73115
Chicago, IL  60673-7115

Atcoflex Inc.
P.O. Box 118
Grand Haven, MI  49417

Atlantic India Rubber Co.
3416 County Road 6 East Unit 1
Elkhart, IN  46514

Atlantic Ultraviolet Corp.
375 Marcus Blvd,
Hauppauge NY  11788

AURORA NORTH AMERICA LLC
6757 Cascade Rd SE  PMB 161
Grand Rapids, MI  49546

Automotive Equipment Sevices, Inc.
P O Box 3548
Grapevine, Texas  76099-3548

Avila, Miguel A

3003 Ray Simon Dr
Fort Worth, Texas  76106

AZZ Galvanizing
625 West Hurst Blvd
Hurst, TX  76053

Babsco Supply
P.O. Box 1447
Elkhart, IN  46515-1447

Baird, Rachel L
166 Bank Street
Elkhart,  Indiana 46516

Baker, Rhoshanda
1338 N Olive Street
South Bend,  Indiana 46628

Banghart's
101 S Bolmar Street
West Chester, PA  19382

Barber Packaging Co.
300 Industrial Park Road
Bangor, MI  49013

Barrel-O-Monkeys
4015 Rufe Snow Dr
North Richland Hills, Tx  76180

Bay Area Bus Repair
935 Linden Avenue South
San Francisco, CA  94080

Beacon Occupational Health, LLC
22818 Old US 20
Elkhart, IN  46514

Benefield Automotive
3460 Lang Ave.

Hapeville, GA  30354

Berkshire Bank
One Van de Graaf Drive
Suite 202
Burlington, MA 01803-5176
Attn: C. Less Willingham, Senior Vice President
Best Formed Plastics, LLC
21209 Protecta Dr.
Elkhart, IN  46516

BIG WHEELS BODY SHOP,LLC
1100 W RISINGER RD
FORT WORTH, TX  76134

BILLY THIBODEAUR'S PREMIERE RV INC
1721 RENAUD DR.
SCOTT, LA  70583

BLACHFORD AM LTD
355 PINEBUSH ROAD
Cambridge, ON  NIT 1B2
Canada

Bluegrass International Trucks & Buses Inc
101 Triport Circle
Georgetown, KY  40324

BOND FLUIDAIRE INC
5506 36TH ST SE
GRAND RAPIDS, MI  49512

Bond, Kimberly D
9013 Stillwater Trail
Fort Worth, Texas  76118

Bracketry Systems, Inc.
8781 Harmon Road
Fort Worth, TX  76177

Breeze-Norma Pennsylvania, Inc

Box-392214
Pittsburgh, PA  15251

Broward County BOCC
Post Office 14740
Ft. Lauderdale, FL  33302

Brown, Anna M5
4387 Adams St
Elkhart, Indiana 46514

Brown, Ryan E
2244 Short Line RR
Elkhart, Indiana  46514

Brown, Shannan R
4001 FIR RD
MISHAWAKA, Indiana  46545

Bryan Truck Line
14020 US 20-A
Montpelier, OH  43543

Bullard, Daniel
104 Harbor Dr Apt 206
Runaway Bay, Texas  76426

BurgaFlex North America
1101 Copper Ave.
Fenton, MI 48430

Burns Levinson
125 Summer Street
Boston, MA  02110

Bus & Truck of Chicago, Inc
7447 S. Central Ave Suite B
Chicago, IL 60638

Bustillos - Parra, Omar
5812 Bonanza Drive #33

Haltom City, Texas76137

Butler Truck Service
4405 E. 21st Ave.
Tampa, FL 33605

Buyboard of Texas
PO BOX 975110
DALLAS, TX  75397-5110

BW Elliott Manufacturing Co.
23297 Network Place
Chicago, IL  60673-1232

C & G Wiring
1823 Leer Drive
Elkhart, IN  46514

C&E Coating LLC
8810 Chapel Road
Niles, MI 49120

Caldwell Group Services LLC
25511 Budde Road
Building 1801
The Woodlands, TX 77380

Campbell, Scott W
54152 Ash Rd, Lot 174
Osceola,  Indiana 46561

Cantu, Brandon N
309 Hudson Lane
Burleson Texas  76028

Carlton Bates Company
P.O. Box 676182
Dallas, TX  75267-6182

Carolina Thomas LLC
5327 Burnt Poplar Road

Greensboro, NC  27409

Cary Products
101 Lancaster-Hutchins Road
P.O. Box 947
Hutchins, TX  75141

CASAPPA Fluid Power Design
1390 Pierson Drive
Batavia, IL  60510

CCA Financial
7275 Glen Forest Drive
Suite 100,
Richmond, VA  23226

Central Decal
6901 High Grove Blvd.
Burr Ridge, IL  60527-7583

Central States Bus Sales
1200 Sugar Creek Square
FENTON, MO  63026-4401

Century Link
PO Box 1319
Charlotte, NC  28201-1319

Chambers, David L
30404 N Meddowbrook Ln
Elkhart, Indiana  46514

Chell, Daniel N
18038 Bruno Road
Justin, Texas  76247

Christian Horrell
PO BOX 723
RHOME, TX  76078

Chudd's Chrysler LTD

PO Box 144
Corner OF Prov Rd 231 & Hwy 8
Gimli MB R0C1B0
Canada

Cintas
P.O. Box 631025
Cincinnati  OH  45263-1025

City of Tulsa License Center
175 E 2nd St
Suite 255
Tulsa, OK 74103

CIT Commercial Services
Attn Joerg Obermueller
11 West 42nd Street
New York, NY 10036

Clark, Rodney L
2630 Prairie
South Bend, Indiana  46614

Clark, Sue A
2630 Prairie Ave N-108
South Bend, Indiana  46614

COACH AIR REPAIR
1880 WEST MASON AVE
YORK, PA  17402

COASTAL CONTAINER
1201 INDUSTRIAL AVE
HOLLAND, MI 49423

Coffman, Debra J
809 E Victoria St
South Bend, Indiana  46614

Combs, Sunshine L
614 Gardner Court

Elkhart, Indiana  46514

Component Parts Co.
7301 Foxfire Drive
Crystal Lake, IL  60012

Component Parts, Inc
PO BOX 7514 FT.
WORTH TX 76111

Container Service Corp.
2811 N. Viridian Blvd.
South Bend, IN  46628

ContiTech
PO Box 74007570
Chicago, IL  60674-7570

Contreras-Solano, Cecilia J
5200 Canyon Crest Dr,
Apt 56
Riverside  California  92507

Conway Corp
PO Box 99
Conway, AR 72033

Corporate Graphic Solutions
2929 Mishawaka Ave
South Bend, IN  46615

Costello, Wesley R
4732 Birchbend Lane
Fort Worth, Texas 76137

Courts, Todd R
1700 Flowers Crossing Dr NE
Grand Rapids, Michigan  49525

Covington Commercial Park South, LLC
1053 Front Street,

Conway AR 72032

Cox, Brian J
124 South Ward Street
Elkhart, Indiana  46514

Coyote International
PO Box 1350
Colleyville, TX  76034

CPS Products
3600 Enterprise Way
Miramar, FL  33025

CRAIN BUICK GMC
710 SOUTH AMITY RD
CONWAY, AR  72032

Crane Care
1951 Reiser Ave. S.E.
New Philadelphia, OH  44663

Creative Bus Sales
10400 West North AVE
Merlose Park, IL  60160

Creative Bus Sales
14740 Ramona Avenue
Chino, CA 91710

Creative Bus Sales
7471 Reese Road
Sacramento, CA 95828

Creative Bus Sales
P.O. Box 60038
3615 South 28th St
Phoenix, AZ  85082

Crosslink Powder Coating of Fort Worth
5001 NE Parkway

Fort Worth, TX  76106

Cruz-Padilla, Giancarlo
2548 Links Dr Apt 3B
Elkhart, Indiana  46514

Crystal Financial LLC
Two International Place, 17
Boston, MA 02210-4142
Attn: Michael Pizette
Crystal Financial SBIC LP
Two International Place, 17th Floor
Boston, MA 02110-4142
Attn: Michael Pizette

Crystal Industries
28870 Phillips Street
Elkhart, IN  46514

Culver, Kristopher B
209 Troxwell Blvd
Rhome, Texas76078

Cumberland International Trucks, Inc
1901 Lebanon Pike
Nashville, TN  37210

Custom Coils Inc.
101 Anvil St.
Jacksonville, TX  75766

D & M METAL PRODUCTS
4994 WEST RIVER DRIVE
COMSTOCK PARK, MI  49321

D & W Inc.
941 Oak St.
Elkhart, IN  46514

D.H. MACHINE, INC.
352 N Tomahawk Trl

Nappanee, IN  46550

DA/PRO RUBBER INC
PO BOX 470175
TULSA, OK  74147

Dakan, Austin R
528 Odie Dr
White Settlement, Texas76108

Danfoss Power Solutions II LLC
P O Box 730455
Dallas, TX  75373-0455

Daniels, Stephan M
26647 Parkview Ave
Elkhart, Indiana  46514
Danvita Thermal LLC
9430 RESEARCH BLVD
SUITE 2-350
AUSTIN, TX  78759

Davies, Chelsea c
24050 North Shore Drive, Lot18
Edwardsburg, Michigan  49112

Davies, Penny L
69425 M 62 Lot 7
Edwardsburg, Michigan  49112

Davies, Tyler D
69425 M 62, Lot 7
Edwardsburg, Michigan  49112-9658

Dayco Products LLC
P.O. Box 847331
Dallas, TX 75284-7331

DCM Manufacturing Inc
4540 West 160th St.
Cleveland, OH  44135

DEL CITY
N85 W12545 WESTBROOK CROSSING
MENOMONEE FALLS, WI  60673-1232

DeLaro Machine & Fabrication
800 York St.
Hanover, PA  17331

Deleon, Rebecca
4905 Wild Oats Dr
Fort Worth, Texas 76179

Delgado Navarro, Miguel
1428 Presidents Dr
Elkhart, Indiana  46514

Delgado, Armando N
2100 Hwy 101 # 314
Chico, Texas 76431

Delgado, Leonel
113 S West Blvd
Elkhart, Indiana  46514

Denarco, Inc.
PO Box 191
Constantine, MI  49042

Denniston, Shawn C
54616 Buckeye Road
Mishawaka, Indiana  46545

Denton County Tax
P O Box 90223
Denton, TX  76202

DESIGN MOLDED PLASTICS
P.O. Box 639710
Cincinnati, OH  45263

Dibble, Kristopher G
51215 Helman Ave
South Bend, Indiana  46637

Dick, Garrett L
20996 Harreld RD
Okmulgee, Oklahoma  74447

Digi-Key 286514
P.O. Box 250
Thief River Falls, MN 56701

Dillman, Jim E
53614 Ash Road
Granger, Indiana  46530

Diverse Staffing Services
7135 Waldemar Drive
Indianapolis, IN  46268

Donn-Roll, Inc
2328 Northyard Ct.
Fort Wayne, IN  46818

DOUBLE BLACK TRANSPORTATION
1728 NORTH DAMEN AVE
SUITE 306,
CHICAGO, IL  60646

Duncan, Jesse
102 N 19th PL
Collinsville, Oklahoma  74021

Durham, William
1224 Jersey Street
Conway, Arkansas  72032

Eberhardt&Barry Property Management Co. Inc
990 Riverside Drive
Macon GA 31201

Eberspaecher Climate Control Systems U.S. Inc.
P.O. Box 75088
Chicago, IL  60675-5088

Echo Global Logistrics, Inc
600 W. Chicago Ave.
Suite 725, Chicago  IL 60654

ECP HARDWARE
1825 BRINSTON
TROY, MI  48083

EDG002
P.O. Box 105328
Atlanta, GA  30348-5328

Edge Adhesives, Inc.
5117 Northeast Parkway
Fort Worth, TX  76106

Eggeman, Ronald K
60158 Pembrook Ln
Elkhart, Indiana  46517

Electronics Warehouse
2691 Main Street
Riverside, CA  92501-2244

ELITE MATERIAL HANDLING
P.O. Box 967
Grapevine, Texas  76090

Elizondo, Romiro
10153 Chapel Spring Trail
Fort Worth, Texas 76116

Elkhart County Treasurer
P.O. Box 116
Goshen, IN  46527-0116

Emerson Climate Technologies

P.O. Box 70156
Chicago, IL  60673

Engineered Material Sales
17437 Carey Road, Suite 226
Westfield, IN  46074

EnviroKleen USA
2910 S. Archibald Ave. #A228
Ontario, CA  91761

Environmental Industry Internat
P.O. Box 1275
Bellaire, TX  77402

Epha, Inc.
PO Box 1230
Hermiston, OR 97838

ERNIE'S
2600 21st Ave SW
Olympia WA 98512

Essentra Components
P.O. Box 3384
Carol Stream, IL  60132

Eubanks, Karen R
1608 Desparado Rd
Fort Worth, Texas  76131

Excel Electronics Inc.
2600 Marina Drive
Elkhart, IN  46514

Expeditors Int'l / Chicago
P.O. Box 397
Elk Grove Village, IL  60009

Express Bus, LLC
P O Box 519

Conway, AR  72033

Express Services, Inc.
P.O. Box 203901
Dallas, TX  75320-3901

Eyer, Frederick S
6765 Etiwanda Ave
Etiwanda, California91739

Factory System Installer
157 48th St.
Brooklyn, NY  11232

Fairway Ford
4333 Washington Rd.
Evans, GA  30809

FASTENAL COMPANY
620 Henrietta Creek Rd, Ste. 100
Roanoke, TX  76262

Faster, Inc.
6560 Weatherfield Court
Maumee, OH  43537

FedEx - Ground/Express
P.O. Box 660481
Dallas, TX  75266-0481

FedEx Freight DEPT CH
PO BOX 10306
PALATINE, IL  60055-0306

FedEx
PO Box 94515
Palentine, IL  60094-0306

Fenner, Danielle B
29959 Ivy Lane
Elkhart, Indiana  46516

Ferguson
P.O. Box 802817
Chicago, IL  60680

Fikes Fresh Brands LLC
4201 S Old St Rd 3
Laotto, IN  46763

First Place Trophy Shop
24888 C.R. 20 East
Elkhart, IN  46517

Flexaust
P.O. Box 4275
Warsaw, IN  46581

Flexible Technologies
528 Carwellyn Rd.
Abbeville, SC  29620

Florida Public Transportation  Association
PO Box 10168
Tallahassee, FL  32302

Florida Transportation Systems
6041 Orient Rd
Tampa, FL  33610

Flowers, Randy E
742 West Bristol Street, Apartment C62
Elkhart, Indiana 46514

FLUID CONNECTIONS INC
3720 HAGEN DRIVE SE
GRAND RAPIDS, MI  49548

Force, Shantel M
199 Overland Trail
Azle, Texas  76020

Formco, Inc.
1100 W Beardsley Ave.
Elkhart, IN  46514

Fort Valley Utility Commission
902 Knoxville St
PO Box 1529
Fort Valley, GA  31030

Forward Hydraulics Limited (WeiHai HHH-FEC)
No. 60-2 Anshan Road
Hi-Tech Zone WeiHai, Shandong, 264209
China

Freeze, Jamie L
2719 Reynolds St
Niles, Michigan  49120

Fujikoki America, Inc
P.O. Box 200184
Dallas, TX  75320

G2 Capital Advisors, LLC
535 Boylston Street, 11th Fl.
Boston MA 02116

Gamboa, Brian
5400 Parker Henderson Rd #124
Fort Worth, Texas  76119

Gaska Tape
P.O. Box 35
South Bend, IN  46624

GATES CORPORATION
P O BOX 102036
ATLANTA, GA  30368-2036

Gateway Sign
5655 Stacy Trail
Stacy, MN 55079

Geist, Nanci C
710  Hollyhock Street
Richwood, Texas 77531

General Distributing Company, Inc.
11438 Cronridge Dr. Suite V
Owing Mills, MD  21117

General Machine Works, Inc
515 Prospect St.
York, PA  17405

GENERAL RV CENTER
24583 NORTH RIVER ROAD
MOUNT CLEMENS, MI  48043

Genovesi, Armand V
15150 Kelly Road
Mishawaka, Indiana  46544

Globus Sistemas Eletronicos Ltda
Av. Pemambuco, 106- Navegantes
CEP: 90240-000
Porto Alegre-RS
Brasil

Godoy, Deici P
1900 South College Avenue Apt 15
Decatur, Texas  76234

Godoy, Grisel D
6879 S FM 51
Paradise, Texas  76073

Graham International, Inc
5800 TEXOMA PKWY
Sherman, Tx  75090

Grainger Dept 844417642
P.O. Box 419267

Kansas City, MO  64141-6267

GRAND INDUSTRIES INC
1700 AIRPARK DRIVE
GRAND HAVEN, MI  49417

Granzow
2300 Crownpoint Executive Dr
Charlotte, NC  28227-6702

Grathen, Matthew J
26089 Arlington Rd.
Elkhart, Indiana  46514

Green Leaf, Inc
P.O. Box 88
9490 N. Baldwin St.
Fontanet, IN  47851

Green Stream Company
P.O. Box 2341
Elkhart, IN  46514

Green, Essence L
1338 N Olive Street
South Bend, Indiana  46628

Grier Hernandez, Luis E
26493 E University Dr, Apt 937
Aubrey, Texas 76227

Griffin, Adam S
2801 Toledo Rd #205
Elkhart, Indiana  46516

Griffin, Jermain M
7701 Lake Vista Way
Fort Worth, Texas  76179

Gutierrez Meza, Fatima J
113 S West Blvd

Elkhart, Indiana 46514

GVS FILTRATION INC.
2150 INDUSTRIAL DRVE
FINDLAY, OH 45840

Hamilton, Timothy E
3229 Pleasant Plain Ave
Elkhart, Indiana 46517

HANGZHOU GUANGAN AUTOMOBILE ELECTRIC CO., LTD
6 YUYANG ROAD

Hangzhou Ouyao Machinery Co, Ltd. 0328 Room, 17 Building
Huadong Shunnuancheng, Diankou
Zhuji City, Zhejiang ZJ
Zhuji City 311800, Zhejiang, C
311800
China

Hann, Angella M
51468 Maplewood
Elkhart, Indiana 46514

Hardie, John G
3244 Silent Creek Tr
Hurst, Texas 76053

Hare, Joshua L
1825 Mockingbird Lane
Conway, Arkansas72032

Hare, Terry L
PO Box 88
Vilonia, Arkansas 72173

Harley Hollan Companies
5677 S 107th E Ave
Tulsa, OK 74146

Hauver, Joshua C

4507 Canyon Trail North #3207
Euless, Texas  76040

Hella Inc.
P.O. Box 5835
Carol Stream, IL  60197

Herman, Calvin J
110 Maplewood Dr
Dover, Pennsylvania  17315

Herrada Printing, Inc.
2930 Merrell Road
Dallas, TX  75229

Hilbrich, Patricia J
26 Mill Creek Drive, Apt. B
Elkhart, Indiana  46514

Hill, Rosland R
1923 S Cooper St, Apt 121
Arlington, Texas  76010

HIMCO Waste Away Service Inc.
707 N. Wildwood Avenue
Elkhart, IN  46514


Hodges, Treyce J
1125 Fairweather Drive
Fort Worth, Texas  76120

Hodson, Janice E
1855 Jesse Dr
Hamilton, Ohio  45013

Hoffman, Carol L
12430 S Locust Ave
Sand Lake, Michigan  49343


Holdeman, Richard A

30076 Wolf Ave
Elkhart, Indiana 46516

Holdeman, Richard L
30076 Wolf Ave
Elkhart, Indiana  46516

HOLT TRUCK CENTER
PO BOX 675112
DALLAS, TEXAS 75267-5112

HOLT TRUCK CENTERS
1701 N 20TH ST.
MUSKOGEE, OK  74401

Holt, Peggy A
609 W Adams St
Osceola, Indiana  46561

Hooker, Rick A
57752 Newman St
Elkhart, Indiana  46516

Hooks, Reed D
13392 W Chaparosa Way
Peoria, Arizona  85383

Houser, Jessica A
1417 Oakdale Ave
Nile, Michigan  49120

Houston, Omar
214 Baker Street
Mishawaka, Indiana  46544

HSIN DA PRECISION CO., LTD.
LIYANG XINDA PRECISION ELECTRO
10F., NO. 951, ZHONGZHENG RD.
China
Hudson Bus Sales
3145 N. Main Street

Cleburne, TX  76033
Hurst Mechanical
5800 Safety Drive
Belmont, MI  49306

Hyche, Kamrin
59390 Juanita Dr
Elkhart, Indiana 46514

Hydraquip, Inc.
16330 Central Green Blvd, Suite 200
Houston, Texas 77032

Iconic IT, LLC
2350 Airport Freeway, Suite 300
Bedford, TX  76022

IE Alarm Systems
10 Grumbacher Road
York, PA  17406-8416

INDAK Manufacturing CO
1915 Techny RD
Northbrook, IL  60062

Indeeco
P.O. Box 638472
Cincinnati, OH  45263-8472

INSUL-FAB
600 Freeport Parkway, Suite 150
Coppell, Tx  75019

Internal Revenue Services
P.O. BOX 9941 STOP 5500
OGDEN UT 84409

Inventure Electronics
609 N. Harrison Street
Goshen, IN  46528

Inwood, Susan M
710 West 9th St
Mishawaka, Indiana  46544-8014

Isza, Becky L
2909 Beebe Road
Niles, Michigan  49120

ITA Truck Sales & Service
PO Box 51718
Lafayette, LA 70505

JAG WIRE, LLC PO BOX 218
0130 EAST 200 NORTH
Lagrange, IN  46761

Jalien Automotive
NO.9 Lixin Road, Dutoudong
Industrial Park
Ningbo, 315600
China

James, Tige C
1633 W Indiana Ave
Elkhart, Indiana  46516

JIT Auto Parts Supply
1608 S. Vineyard Ave
Ontario, CA  91761

Johnson, Geoffrey W
5363 East 22nd St
Tulsa, Oklahoma  74114

Johnstone Muskegon
1840 Industrial Blvd.
Muskegon, MI  49442

Jones, Nicol s
261 Private Rd 4687
Boyd, Texas  76023

Jones, Paul M
1011 Kettlewood Dr
Justin, Texas 76247

JP Repair Services Inc
9315 Central Park Dr
Fort Myers, FL  33919

JULIAN ELECTRIC INC
15706 W. 147th St
Lockport, IL  60491

K&S Mold Inc./ABI Plastic
4650 Chester Drive
Elkhart, IN  46516

K.E. Greer Distributing Co.
P.O. Box 164575
Fort Worth, TX 76161

Kentak Products Company
1230 Railroad Street
East Liverpool, OH  43920

KENWAY ENGINEERING
2555 Lake Ave.
Fairmont, MN  56031

KH Metals and Supply
2727 Main St.
Riverside, CA  92501

KIB Electronics
2504 Jeanwood Drive
Elkhart, IN  46514

King & Spalding
P.O. Box 116133
Atlanta, GA  30368-6133

Kingman Mobile Storage
2800 Lexington Ave.
Elkhart, IN  46514

Kingmor
11850 Livingston Rd
Manassas, VA  20109

Kingmor Supply
6187 SOUTH VALLEY PIKE
MT CRAWFORD, VA  22841

Kizer, Kenneth E
221 N Walnut Street
Mishawaka, Indiana46544

Klehr Harrison Harvey Branzburg LLP
1835 Market Street Suite 1400
Philadelphia, PA  19103

Koch Sales Company, Inc.
P.O. Box 528
Muenster, TX  76252

KODARealty
Two University Office Park
51 Sawyer Road,
Suite 420
Waltham MA 02453

Konkle, Andrew W
27256 Country Lake Lane
Elkhart, Indiana  46514

Kulhanek, Pamela R
7317 S. 183rd Street
Omaha, Nebraska  68136

KYRISH TRUCK CENTERS OF TEMPLE
6043 N. GENERAL BRUCE DR
TEMPLE, TX  76501

La Mesa RV Center, Florida
8650 NW LTC Parkway
Port Saint Lucie, FL  34986

LADD Distribution LLC
26449 Network Place
Chicago, IL  60673

Laskowski, Nicole R
327 W Hively Ave
Elkhart, Indiana  46517

Laura M Petter
12000 OAK CT
AZLE, TX  76020

Lavanture Products
P.O. Box 2088
Elkhart, In  46515

Leal, Gonzalo
6165 Chalk Hollow Dr
Fort Worth, Texas  76179

Legacy Fire Protection
PO Box 2894
Elkhart, IN  46515

LeMaster, David D
1561 E Reno Rd
Azle, Texas  76020

Ley Jr, John A
102 Shane Cir
Perry, Georgia  31069

Lifetime Industries,Inc
P.O. Box 1777
Hazlehurst, GA  31539

Linde Gas & Equipment Inc. DEPT CH
PO BOX 10306
PALATINE, IL  60055-0306

Loggins, George W
125 Pumpkin Center Circle
Quitman, Arkansas  72131

Longcor-Gulbranson, Makayla J
2244 Short Line RR
Elkhart, Indiana  46514

Longhorn Bus Sales - Houston
9100 North Loop East
Houston, TX 77029

Longhorn International Trucks Ltd
6043 N General Bruce Dr
Temple, TX  76501

Lopez Jr, Rene
634 W. Lexington Ave.
Elkhart, Indiana  46514

Lopez, Guadalupe O
1428 Presidents Dr
Elkhart, Indiana  46514

Lopez, James P
4009 Fontaine St
Fort Worth, Texas 76106

Lopez-Meza, Jesus Mario
3506 N, Nichols St
Fort Worth, Texas  76106

Love, Robert A
1819 North 5th Street
Niles, Michigan  49120

Lovell, Joshua T

124 East Mill St
Sapulpa, Oklahoma  74066

Loza, Carla J
621 1/2 Myrtle St
Elkhart, Indiana 46514

Loza, Daniel
621 Myrtle St
Elkhart, Indiana  46514

Lucas, John M
714 May St
York, Pennsylvania 17404

LVPMSA
801 S RANCHO DRIVE SUITE A-1
LAS VEGAS, NV  89106

M&R FLEET SERVICES, INC
2465 W CARDINAL DR
BEAUMONT, TEXAS  77705

Maanshan Rnbc Heat Exchanger Co., Ltd No.
567 , South Huashan Road,
Yushan Dist, 243000 Maanshan
Maanshan Anhui
China

Maeda Jr, Jose Francisco
26797 Cr 4
Elkhart, Indiana 46514

Magyar, Curtis A
904 E Lincoln Street, Apartment B
Nappanee, Indiana  46550

Maltsberger Propane Cylinder Exchange
P.O. Box 298
Cleveland, OK 74020

Manchester Ace Hardware
4335 N George St.
Manchester, PA  17345

Manitowoc Crane Care
1565 Buchanan Trail East
Shady Grove, PA  17256

MANSCO A DIVISION OF FASTENAL
PO BOX 769
Winona, MI 55987

Marcuse & Sons Inc.
3501 North Main
Fort Worth, TX  76106

Marken Manufacturing Steve Groeneveld
2081 E. Centre Circle
MN55441, MN  76078

Marlin, Michael J
8133 Hillsville Rd
Sophia, North Carolina  27350

Marlowe's Metal Fabricating
2111 Palomino Road
Dover, PA  17315

Marmon Engine Controls (ROSTRA)
P.O. Box 74008710
Chicago, IL  60674

Martinez, Ramona
1106 Maple Row
Elkhart, Indiana 46514

Mashburn, Dennis L
444 Goodnight Trail
Justin, Texas 76247

Mathewson, Kirk K

50983 Sail Bay Ct
Elkhart, Indiana  46514

MATRIX ENTERPRISES
2864 NORTH RIDGE DR NW
Grand Rapids ,MI  49544

McAllister II, Charles W
14109 Esperanza Dr
Haslet, Texas  76052

McCullough, Jeffrey J
1655 Cedar Crest Loop E-7
Graford, Texas 76449

McDaniel, Steven J
33 Holland Hills Loop
Vilonia, Arkansas 72173

McMaster-Carr Supply Company
P.O. Box 7690
Chicago, IL 60680-7690

McMillan, Charles W
29049 Hillary Lane
Elkhart, Indiana  46517

McNichols Company
2200 Arthur Avenue
Elk Grove Village, IL  60007

McNulty, Nicholas M
10104 Patricia Church Drive
Granger, Indiana  46530

Medina, Tammy L
812 S Lions Ave
Broken Arrow, Oklahoma  74012

MEI Corporation
1132 Dividend Court

Peachtree City, GA 30269

Mendez Soto, DiosCoro
5621 Clover Dale Dr
Fort Worth, Texas  76134

MERCEDES-BENZ OF LOUISVILLE
2520 TERRA CROSSING BLVD
LOUISVILLE, KY  40245

Mercedes-Benz Van Center-Baker
425 Sigma Drive
Summerville, SC  29483

Messick, Larry G
29822 Cleveland Ave
Elkhart, Indiana  46516

Metalwest, LLC
PO Box 30039
Omaha, NE  68103-1139

Methe, Dawn M
22378 Osborn St
Cassopolis, Michigan  49031

METROPOLITAN TRANSIT AUTHORITY
1 220 MCCARTY
HOUSTON, TX 77029

Michigan Department of Health and Human Services
333 S. Grand Avenue
PO Box 30195
Lansing, Michigan  48909

Midwest Bus Sales
P.O. Box 844725
Kansas City, MO  64184

Midwest Screw Products

11975 Globe
Livonia, MI  48150-1133

Midwest Transit Equipment - South Holland
16725 Van Dam Road
South Holland, IL  60473

Midwest Transit Equipment Inc. - Kankakee
146 W. Issert Dr,
Kankakee  IL  60901

MIKE CASTRUCCI CHEVROLET SALES
1099 LILA AVE
MILFORD, OH  45150

Mike Harms Associates
901 W. Interstate 20
Weatherford, Tx  76087

Miller, Jerry
13510 Williams Rd
Azle, Texas  76020

Miner-Brown, TyChrista
1315 Timberview Dr
Allen, Texas  75002

Mininger, Jacob W
8630 E 77th Place
Tulsa, Oklahoma  74133

Mobile Mini Inc dba Mobile Mini Tank/Pump Solution
4646 E Van Buren St
STE 400
Phoeniz, AZ  85008

Modine Manufacturing Company
1500 DeKoven Avenue
Racine, WI  53403-2552

Monroe Engineering Group, LLC

205 E Collins Rd
Fort Wayne, IN  46825

Moore, Patdra
1338 N Olive Street
South Bend, Indiana  46628

Morales Arias, Freddy A
32888 Brechtel ST
Lake Elsinore, California  92530

Morales Juarez, Gildardo
802 S Dakota St, #100
Anaheim, California  92805

Morales Rodriguez, Zoraida
635 W Lusher Ave.
Elkhart, Indiana  46517

Morales, Edgar
802 S Dakota St, Apt 100
Anaheim, California  92805

Morse Metal Fab., Inc
5111 Bittersweet Road
Granger, IN  46530

Mortex Products, Inc
P.O. Box 730227
Dallas, TX  75373-0227

Motion Industries, Inc.
PO Box 504606
Saint Louis, MO  63150

Moulton Mold & Machine LLC
52338 Eagle Chase Dr.
Granger, IN  46530

Mouser Electronics, Inc
P O Box 99319

Fort Worth, Texas  76199-0319

Mouser Electronics, Inc
P O Box 99319
Fort Worth,  Texas  76199-0319

MSC Industrial Supply Co
Box 78845
Milwaukee, WI  53278-8845

MSC Industrial Supply Co Inc.
P.O. Box 953635
Saint Louis, MO  63195

Mugele, Clinton G
3425 S Washington Ave
Titusville,  Florida  32780

Muncie, Angela
22450 Hanover Dr
Bristol, Indiana  46507

Murray Corporation
260 Schilling Circle
Hunt Valley, MD  21031

MWL DBA Mox Warehouse Logistics, LLC
29391 Old US 33
Elkhart, IN  46516

MWS METAL WORK SPEC.
3192 E Highway 114
PO Box 1367
BOYD, TX  76023

Nagy Fleet/ AAMP Global
15500 Lightwave Dr.
Suite 202 USA
Clearwater, FL  33760

NAPA - Roanoke

608 N Pine St
Roanoke, TX  76262

NATIONAL BUS SALES INC (National Transportation)
8649 Regency Dr
Tulsa, OK  74131

National Bus Video
P.O. Box 502
Lewisville, TX  75067

National Quality Assurance-USA, Inc.
P.O. Box 733365
Dallas, TX  75373

Natividad, Rachael D
1516 Maple Row
Elkhart, Indiana  46516

NatureScape Services, Inc.
P.O. Box 1671
Elkhart, IN  46515

NGT Controls Inc.
21092 Bake Pkwy #104
Lake Forest, CA  92630
Ningbo Sanheng Refrigeration
30th, Zongyan Road,
Xikou Industrial Zone
Ningbo

NJ TransAction Conference
159 East McClellan Avenue
Livingston, NJ  07039

Noroozi, Homauon
7210 Cuesta Way Dr NE
Rockford, Michigan  49341

North Iowa Area Council of Gov
525 Sixth St SW

Mason City, IA  50401

North Side Auto Parts
140 CR 6 W.
Elkhart, IN  46514

Northeast Passenger Transportation Association
PO Box 438
Foxboro, MA  02035

NORTHERN LABEL, INC.
265 S. DIVISION
HESPERIA, MI  49421-9601

NPC Sealants
1208 S 8th Ave
Maywood, IL  60153

NTS Labs, LLC
1701 East Plano Parkway
Plano, TX  75074

NVB Equipment
P.O. Box 2367
Fresno, CA  93745

Olasheu, Olanrewaju O
525 A Lane Apt 3B
Elkhart, Indiana 46517

Omega Environmental Technologies
P O BOX 677629
DALLAS, TX  75267-7629

On Hold Marketing Works
P O Box 79948
Houston, TX  77279

OPENTEXT INC.
C/O J.P. MORGAN LOCKBOX
24685 NETWORK PLACE

CHICAGO, IL  60673-1246

Optimas Solutions JP Morgan Chase
25286 Network Place
Chicago, IL  60673

Orkin Pest Control
851 Marietta St # 300
South Bend, IN  46601-3253

Ortman, Linda G
19280 Haviland Dr.
South Bend, Indiana  46637

OSLO SWITCH INC./CW Industries
2010 Yonkers Road
Raleigh, NC  27604

Overland Custom Coach RR#2
21051 Nissouri Rd.
Thorndale, ON  N0M 2P0

Pack, Dawn M
18200 Riley Road
Bremen, Indiana  46506

Painter, Morgan P
27305 Lamplighter Ln
Elkhart, Indiana  46514

Palomin, Racheal
838 Taylor Street
Elkhart, Indiana  46516

Paragon Plastics
1401 Armstrong Drive
Titusville, FL  32780

Parker Hanifin Sporlan Division
206 Lange Drive
Washington, MO  63090

Pattee, Kim A
11325 Cameron Ave
Allendale, Michigan  49401

Peden, James
3559 Reflecting Dr
Chattanooga, Tennessee  37415

Perez, Carlos R
1336 W Hammond St
Fort Worth, Texas  76115

Perez, Victor
6409 Winifred Dr.
Fort Worth, Texas  76133

Permatron
2020 Touhy Avenue
Elk Grove Village, IL  60007

Peter Materna
81 Rector Street
Metuchen, NJ  08840

PGI Autoparts Co.
666 Gulong Road
Building #8 Room #102
Shanghai, Minghang District, Shanghai Ch 201102
China

Pilmore, Alex M
2757 Eller Ln Apt E
Mishawaka Indiana, 46544

Pinnacle Propane, LLC
600 E Las Colinas Blvd.
Suite 2000
Irving, TX  75039

PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC

P.O. BOX 981022
BOSTON, MA  02298-1022

Pitney Bowes
PO Box 981026
Boston, MA  02298-1026

Pitt Ohio Express Inc.
PO Box 643271
Pittsburgh, PA  15264-3271

Plastic Fabricators, Inc.
1450 W College Avenue
York, PA  17404

PLEASANTON SALES, INC
3355 AMERICAN DR
COLORADO SPRINGS, CO 80197

Poly Electronics LLC
4400 Wyland Drive
Elkhart, IN  46516

Portman Ridge Financial Portman Ridge Finance Corporation
c/o BC Partners Inc.
50 Madison Ave., 23rd Floor
New York, NY 10022-1029

Positron Corp.
4614 Wyland Drive
Elkhart, IN  46516

POWER & SIGNAL GROUP Lockbox #3096
75 Remittance Dr.
Chicago; IL  60675

Preciado, Brian A
1001 Winterwood Dr
Lewisville, Texas75067

Precision Cable Assy Inc

16830 PHEASANT DRIVE
BROOKFIELD, WI  53005

Preform Sealants
8040 Bavaria Rd.
Twinsburg, OH  44087

PRIDESTAFF, INC
7535 NORTH PALM AVENUE, SUITE 101
FRESNO CA  93711

Printers Plus
2111 Cassopolis St.
Elkhart, IN  46514

Professional Auto Tech Inc.
1029 E. Dominguez St.
Carson, CA  90746

Pronto
7420 S. Cooper St.
Arlington, TX  76001

Pruett, Harrison R
1638 Greenwood Cir
Conway, Arkansas 72034

PSC Fabricating Corp
P.O. Box 918813
Denver, CO  80291-8813

Puga-Chairez, David
1409 37th St
Ft Worth, Texas 76106

QualCal Metrology Services
5860 Park Vista Cir.  STE202
Fort Worth, TX  76244

QUALITY ASSURED PLASTICS LB #7274
P.O. Box 9438

Minneapolis, MN  55440

Quality Digital Office Tech
2699 S Queen St.
York, PA  17403

Quality Metal Products
2925 Stephen Place
Elkhart, IN  46514

Quality Plastics and Engineering Acqusition Corp
2507 Decio Dr.
Elkhart, IN  46514

Que Products LLC
P.O. Box 843327
Kansas City, MO 64184

Querry, Linda M
1701 Enchanted Forest
South Bend, Indiana  46637

Quest Diagnostics
PO Box 740709
Atlanta  GA  30374

Quezada, Salvador
4112 Fairlane Ave
Fort Worth, Texas  76119

R.C. Tronics, Inc
2573 Kercher Rd
Goshen IN  46528-7557

Radiant Technology Composites
P.O. Box 2304
Red Oak, TX  75154

Ragsdale, Juanita R
25140 Glenmore St
Elkhart, Indiana  46514

Ramsey, Larry
1440 N Main St
Tulsa, Oklahoma  74106

Rankin Publishing
PO Box 130
Arcola, IL  61910

Ranshu Inc.
P.O. Box 913317
Denver, CO  80291

Raschka, Kathryn L
53665 Woodsprings Dr
Granger, Indiana  46530

RBI Services, LLC
2909 Beebe Rd.
Niles, MI  49120

Red Ball Oxygen
PO BOX 669131
DALLAS TEXAS 75266-9131

Reel, Alex
2123 Wagner Ave
Fort Worth, Texas76106

Reflex Industries
P.O. Box 71910
Chicago, IL 60694

Refrigeration and Electric Supply Co.
PO Box 1720
Little Rock, AR 72203

Refrigeration Sales, Inc
1810 East High Street
Jackson, MI 49203

REGIONAL TRANSIT SERVICE, INC
1372 East Main Street
Rochester, NY 14609

Republic Parking System, Inc
441 Hayman Ave, Suite D
Lexington, KY 40508

Research Products Corporation
P.O. Box 681134
Chicago, IL  60695

REVCOR INCORPORATED
251 EDWARDS AVE
CARPENTERSVILLE, IL  60110

RGAS LLC
2777 ALLEN PARKWAY
SUITE 1185,
HOUSTON, TX 77019

Richard C Hunsaker
PO Box 2423
Santa Ana, CA 92707

Riegle, Tabatha
634 West Lexington Avenue
Elkhart, Indiana  46514

River Bend Hose
1111 S. Main Street
South Bend, IN  46601

Roberts Truck Center
1623 Aspen Ave NW
Albuquerque, NM  87104

Roberts Truck Center
P.O. Box 1071
Amarillo, TX  79189

Robertshaw Controls Company
P.O. Box 74007322
Chicago, IL  60674

Robertshaw CZ Limited
Dlouha 4
Sternberk  705 01

Rodriguez Dominguez, Norberto
1057 County Road 1180
Decatur, Texas 76234

Rodriguez, Edgar A
1057 County Rd 1180
Decatur, Texas 76234

Rodriguez, Fabian
1450 Serfas Club Dr, Apt B203
Corona, California 92882

Rodriguez, Maria C
614 Plum St
Elkhart, Indiana  46514

Rodriguez, Valerie A
1201 Mc Kenzie St
Midland, Texas 79701

Rojas, Manuel
1702 Edgewood Dr Apt 14
Bridgeport, Texas  76426

Root, Shawn W
53 Ridgedale Circle
Conway, Arkansas 72034

Rose, Dakota W
15666 Hearthstone Dr.
Mishawakam Indiana46545

ROTOR CLIP COMPANY INC

187 DAVIDSON AVE
Somerset, NJ  08873

RPM Mechanical Inc.
2299 Kenmore Ave
Buffalo, NY  14207

RSM US LLP
80 CITY SQUARE
BOSTON, MA  02129

Rubber Products Distributors
1741 Keaton Way Ste. C
Greenwood, IN  46143

Rush Enterprises
607 South Business IH 35
Suite 115
New Braunfels, TX  78130

RUSH TRUCK CENTER, ATLANTA
2560 MORELAND AVENUE
ATLANTA, GA  30315-5707

RUSH TRUCK CENTER, PINE BLUFF
4325 HIGHWAY 65 SOUTH
PINE BLUFF, AR  71601-9617

Rush Truck Centers
11401 Diamond Drive
North Little Rock, AR  72117

Russell Products
710 Commerce Drive
Bristol, IN  46507

Ryals, Kathleen A
1441 Presidents Drive
Elkhart, Indiana  46514

Ryals, Steven J

69425 M62, Lot 37
Edwardsburg, Michigan  49112

S&L Enterprise
3727 Village Road
Dover PA 17315

Samuel, Son & Co. (USA) Inc.
2303 Century Center Blvd
Irving, Texas 75062

Sanden International, Inc
PO Box 677095
Dallas TX 75267

Sanden International, Inc.
P O Box 677095
Dallas, TX 75267-7095

Sanden International, Inc.
P.O. Box 677095
Dallas, TX  75267-7095

Say Plastic
165 Oak Lane
PO Box 76
McSherrystown, PA  17344

Schaedler Yesco Distribution
3982 Paxton St
PO Box 4990
Harrisburg, PA  17111-0990

Schetky Northwest Sales Inc
8430 NE Killingsworth St.
Portland, OR  97220

Scheuler, Matthew K
23837 N 74th Place
Scottsdale, Arizona  85255

School District Publishing
P O Box 489
Riesel, TX  76682

Schutz, Kevin F
724 Liberty St
Elkhart, Indiana  46514

SCOTT CRAIG
1235 SWISS ALPINE RD
MIDWAY, UT  84049

Sealed Air Corp.
26077 Network Place
Chicago, IL  60673

Security Molding Inc
255 Factory Road
Addison, IL  60101

Select Equipment Sales, Inc.
6911 8th Street
Buena Park, CA  90620

Sell, Anthony J
69425 M-62, Lot #30
Edwardsburg, Michigan  49112

Sell, Dawn M
69425 M-62, Lot #30
Edwardsburg, Michigan  49112

Shafer's Truck & RV Sales LLC
3293 CO RD 10
Delta, OH  43515

Shanghai Benling Scroll
Compressor Co., LTD No.
5001 Daye Highway Shanghai, 201404

Shively, Kevin P

64644 M-40
Jones, Michigan49061

Shoppa's Material Handling
P O Box 612027
Dallas, TX 75261-2027

Sigma Wire International #774701
4701 Solutions Center
Chicago, IL  60677

Sirko, David S
4106 Saint Andrews Circle Apt 1C
Mishawka, Indiana 46545

Sitarski, Nicholas S
5200 Canyon Crest Dr, Apt 84
Riverside, California  92507

Skyline Destination Management
6526 Old Brick Rd. Suite 120
Windermere, FL  34786

SLR Credit Solutions
Two International Place
17th Floor
Boston, MA  02110

Smith, Anthony E
2151 SE Loop 820 #2113
Fort Worth, Texas  76119

Smith, Kyrsten L
53586 Spring Mill Dr W
Elkhart, Indiana 46514

Soderholm Sales and Leasing, Inc
2044 Dillingham Blvd
Honolulu, HI 96819

Southeastern Specialty Vehicle

911 MARTIN CREEK RD
HENDERSON, NC  27537

Southern Bus & Mobility
80 South Highway Drive
Valley Park, MO  63088

Southern Emergency & Rescue Vehicles
309 FM 3381
Comanche, TX  76442

Southern Transit Accessories
1319 W Fairfield Rd
High Point, NC  27263

Southland International
14010 Alabama Hwy 20,
Madison, AL  35756

Southland Transportation Group
P O Box 578
Birmingham, AL  35201

Southwest Air Products
3615 Security Street
Garland, Texas  75042

SOUTHWEST AMBULANCE SALES INC
PO BOX 917
KENNEDALE, TX  76060

SOUTHWEST DUCT PRODUCTS
7400 EDEN ROAD
NORTH RICHLAND HILLS, TEXAS  76182

Southwest International Trucks - Dallas
P.O. Box 560685
Dallas, TX  75356-0685

SPAL Automotive USA, Inc
1731 SE Oralabor Rd

Ankeny, IA  50021

Specialty Manufacturing Inc
P O Box 198712
Atlanta, GA  30384

SPECIALTY PRODUCTS & SERVICE CO.
P O BOX 206
BIXBY, OKLAHOMA  74008

SPEMCO
 34480  Commerce
Fraser, MI  48026

SPX Flow US, LLC
P.O. Box 277886
Atlanta, GA  30384

SSI ELECTRONICS INC
8080 GRAPHIC DRIVE NE
BELMONT, MI  49306-9448

STA-GOLD STAR TRANSIT
3018 BARON LN
MISSOURI CITY, TEXAS  77489

Standard Motor Products (SMP)
1801 Waters Ridge Drive
Lewisville, TX  75057

Stanley Black & Decker
721 N. Beach Street
Fort Worth, TX  76111

Staples Business Credit
PO Box 105638
Atlanta, GA  30348

Steinhoeffer Scale
55645 Currant Rd.
Mishawaka, IN  46545

Steven J Ryals
69425 M62, Lot 37
Edwardsburg, MI 49112

Stewart, Robert
6709 Summers Dr W, Apt 119
Fort Worth, Texas  76137

Stichter, Debra A
68931 Wild Rose Road
New Paris, Indiana  46553

Stier, Patrick R
524 K Lane Apt 2B
Elkhart, Indiana 46517

STN Media Group
5334 Torrance Blvd, 3rd Floor
Torrance, CA  90503

Stockwell Elastomerics, Inc.
4749 Tolbut Street
Philadelphia, PA  19136

Stone, Damien L
5135 April Drive
Conway, Arkansas  72034

Strieder, Joe
546 Ripy Rd
Ponder, Texas 76259
Stringfellow, Douglas R
70742 Sherman
Edwardsburg, Michigan  49112

Sun Source, STS Operating Inc
P.O. Box 74007453
Chicago, IL  60674

Sunair Products, Inc.

2329 Solona Ave
Fort Worth, TX  76117

Sunshine State RV
3202 N. Main St.
Gainesville, FL 32609

SUPCO
P. O. Box 21
Allenwood, NJ  08720

SUPPLY TECHNOLOGIES Dept 781959
PO Box 78000
Detroit, MI  48278

T Force Freight
PO Box 650690
Dallas, Texas 75265-0690

Taft, Robin M
261 Private Rd 4687
Boyd, Texas 76023

Taizhou Tonhe Flow Control Xincheng Road
1012 Huangyan Taizhou,
Zhejiang, 318000
China

Talent and Techniques LLC
2747 Mount Pleasant TRL
Duluth, GA  30097

Tavallali, Trevor N
1335 Farmcrest Drive Apt 2A
Mishawaka, Indiana  46544

Taylor, Steve
52072 Brookstream Circle, Apt F
Elkhart, Indiana 46514

TCCI

2120 NORTH 22ND STREET
DECATUR, IL  62526

Team Automotive & Tire
1223 S Adelaide St.
Normal, IL  61761

Techam Solutions LLC
2406 N Beacon Hill St.
Wichita, KS  67220

Techni US, LLC
6546 Corporate Drive
Indianapolis, IN  46278

Tecumseh Compressor Co. Tecumseh Products Domestic A/R
7016 Solutions Center
Chicago, IL  60677-7000

Texan Holding Company LLC
PO Box 890
RHOME, TEXAS 76078

Texas Bus Sales
1605 W. 34th St.
Houston, TX  77018

Texas Coil Co
P O Box 40917
Fort Worth, TX  76140

The Lady Bamford Center Golf Tournament
C/O JCB
2000 Bamford Blvd.
Pooler, GA  31322

The R.V. Shop, Inc.
14340 South Choctaw Extension
Baton Rouge, LA  70819

The Recruiting Specialists Inc

PO Box 4716
Tulsa, OK  74159-0716

THERMAL SOLUTIONS MANUFACTURING INC
P.O. Box 776185
Chicago, IL  60677

Thermo King of Roanoke
137 Simmons Dr.
Cloverdale, VA  24077

Thomas, Destini
800 F LANE APT 2
CELKHART,  Indiana  46517

Thrasher, Rhonda J
27423 Bison Ridge
Elkhart, Indiana  46514

Titan Sales & Consulting
22290 Challenger Dr.
Elkhart, IN 46514

Toller, Sarah E
12 Onyx Drive
Greenbrier, Arkansas  72058

Total Plastics Inc
2810 N Burdick
Kalamazoo, MI  49004

Total Plastics Resources, LLC
P.O. Box 788866
Pittsburgh, PA  19178-8866

TPI Corporation
P.O. Box 94150
Chicago, IL  60696

Transarctic Southern Georgia
101 Industrial Park Dr

Perry, GA  31069

TRANSARTIC
1125 PATTULLA AVE, UNIT #1
WOODSTOCK, ONTARIO
N4S7W3
CANADA

Transarctic
6644 S 57th West Ave
Tulsa, OK  74131

Travel Camp RV Pinellas Park
8000 Park Blvd N
Pinellas Park, FL  33781

Travelers CL Remittance Center
50 Cabot
Needham, MA  02494

Triad Product Finishing
1440  S. TX-121 #13
Lewisville, Tx 75067

Triad Technologies/Day Fluid Power
 L-3927
Columbus, OH  43260

Tri-Dim Filter Corp.
P.O. Box 734485
Chicago, IL  60673

Trim-Lok Inc
6855 Hermosa Circle
Buena Park, CA  90622

TRI-STATE INTERNATIONAL TRUCKS
200 J W DICKSON DRIVE
OAK GROVE, KY  42262

Troy Tube & Mfg Co
50100 E Russell Schmidt Blvd
Chesterfield, MI 48051

Trumpf Inc. FARMINGTON INDUSTRIAL PARK
111 HYDE ROAD
FARMINGTON, CT  06032

Trump Finance
480 Washington Boulevard, 2th Floor
Jersey City, NJ 07310


TSI - Supercool
3574 Corona St.
Lake Worth, FL  33461

T-Top Manufacturing
278 George Mitchell Parkway
Bridgeport, TX  76426

TULSA COUNTY TREASURER
PO BOX 21017
TULSA, OK  74121-1017

Tuttle, Zachary M
420 Chisolm Trail
Hurst, Texas  76054

UL LLC
75 REMITTANCE DRIVE SUITE #1524
CHICAGO, IL  60675-1524

Uline Shipping Supplies
 P O Box 88741
Chicago, IL  60680-1741

Ultimate Toys Inc
4755 Lake Forest, Suite 100
Cincinnati, OH  45242

UniFirst Corporation
700 S Etiwanda Ave
Ontario, CA  91761

UniFirst Corporation
P.O. Box 650481
Dallas, TX  75265

Unimotor-SMP Motor Products
P.O. Box 15143 Station A
Toronto, Ontario, ON M5W 1C1
Canada

Unistrut Cincinnati/Toledo
1275 Hillsmith Drive
Cincinnati, OH 45215

Universal Air Conditioner
P.O. Box 299
Mansfield, TX  76063

US BANK EQUIPMENT-
PO BOX 790448,
SAINT LOUIS, MO 63179-0448

Utility Trailer Sales
550 Hwy 49 S.
Jackson, MS  39218

Valeo Compressor North America, Inc.
P O Box 2284
Carol Stream, IL  60132-2284

Vallejo, Scott A
6409 RICHLAND PLAZA DR APT #A
North Richland Hills, Texas 76180

Valvecheck Inc.
2525 Dundee Road
Winter Haven, FL  33884

Vance, William L
1922 Almond Drive
Elkhart, Indiana  46514

VICTOR WELDING SUPPLY COMPANY
123 SOUTH PEORIA
TULSA, OK  74120

Vilonia Metal Works Inc
#11 College St. North
Vilonia, AR  72173

Waldron sr sr, Steve K
52413 County Road 9
Elkhart, Indiana  46514

Waldron, Brandon S
52413 County Rd 9
Elkhart, Indiana  46514

Wallace Electronics
10551 Miller Rd, Ste: 300
Dallas, TX 75238

Walters Jr, Daniel L
162 County Rd 4863
Azle, Texas 76020

Walters, Alissa B
6165 N Old Orchard Ln Apt 423
Lewisville, Texas  75067

Walters, Daniel I
953 County Road 3657
Springtown, Texas  76082

Walters, Mark P
953 CR 3657
Springtown, Texas  76082

Walters, Sue K
23339 Us Highway 6
Nappanee, Indiana  46550

Ward, Gregory S
2501 Shady Meadow Dr
Bedford, Texas  76021

Water Logic
77 McCullough Drive
Suite 9
New Castle, DE  19720

Waters International Trucks
80 S&K Dr.
Hattiesburg, MS  39402

Waters International Trucks
P O Box 4199
Meridian, MS  39304

Waters International Trucks
P.O. Box 457
NATCHEZ, MS  39120

Waters Truck & Tractor Co
PO Box 529
Tupelo, MS  38802

Waters Truck & Tractor
P.O. Box 831
Columbus, MS  39703

Waters Truck And Tractor
P.O. Box 1696
Kosciusko, MS  39090

Waytek Inc.
P.O. Box 1727
Minneapolis, MN  5440

Weaver, Steven
321 Helmsford Trl
Saginaw, Texas76179

Webasto Thermo & Comfort North America, Inc.
7092 Summit Drive
Navarre, FL  32566

Weil, Carly A
201 East 11th Street
Mishawaka, Indiana 46544

Welch Packaging Group, Inc
P. O. Box 856421
Minneapolis, MN  55485

WENZHOU COOLPRO AUTO PARTS CO., LTD China

Westair Gases & Equipment
P O Box 101420
Pasadena, CA  91189-1420

White Lightning Couriers
470 Eagle Pass
Royse City, TX  75189

Wilcox, Jacob R
119 Division St Apt C
Elkhart, Indiana  46516

Willbanks Metals
1155 N.E. 28th Street
Fort Worth, TX  76106

William S. Karol
c/o KODA Enterprises Group
51 Sawyer Road, Suite 420
Two University Office Park
Waltham, MA 02453-3448
Attn: William S. Karol

William S. Karol Family Trust
c/o KODA Enterprises Group
51 Sawyer Road, Suite 420
Waltham, MA 02453-3448
Attn: William S. Karol

Williams, Janice K
50658 Michiana Dr
Elkhart, Indiana  46514

Wilson, Kristin M
600 Madeline Ct
Azle, Texas  76020

Wolfington Body Co, Inc.
P.O. Box 281
Exton, PA  19341

Wolfington Body Company, Inc.
100 Marland Drive
Mars, PA  16046

Wolfington Body Company, Inc.
P.O. Box 160
Mount Holly, NJ  08060-0160

WOODSTOCK FORD
1460 S. EASTWOOD DR.
Woodstock, IL  60098

WR AMERICA LOGISTICS
26207 GROESBECK HIGHWAY
WARREN, MI
WRWP, LLC
PO Box 219241
Kansas City MO 64121

XPO Logistics Freight Inc.
29559 Network Place
Chicago, IL  60673

XTO Inc
110 Wrentham Dr
Liverpool, NY  13088

Young, Charles V
3336 Count Dr
FORT WORTH, Texas76244

Zaragoza, Daniel
900 S Beach ST Apt 10
Fort Worth, Texas  76105
Zaragoza, Juan
301 W 2nd St
Rhome, Texas 76078

Zatkoff Seals & Packings
PO Box 486
Farmington Hills, MI  78332

Zepeda, Rosaura
5824 Honey Creek St
Fort Worth, Texas 76179

Zhejiang Shuangkai Automobile Air Condition Co., LTD
Gangtou Industrial Area
Qingtian County, Zhejiang Prov