# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>ProAir Intermediate Holdco, LLC,[1]<br>    Debtor | ) ) ) ) ) | Chapter 7<br>Case No. 22-11195 (LSS)<br><br>**Re: Docket No. \_\_\_\_** |
| In re:<br>ProAir, LLC,<br>    Debtor | ) ) ) ) ) | Chapter 7<br>Case No. 22-11196 (LSS)<br><br>**Re: Docket No. \_\_\_\_** |
| In re:<br>American Cooling Technology, LLC,<br>    Debtor | ) ) ) ) ) | Chapter 7<br>Case No. 22-11197 (LSS)<br><br>**Re: Docket No. \_\_\_\_** |
| In re:<br>Bus Air, LLC,<br>    Debtor | ) ) ) ) ) | Chapter 7<br>Case No. 22-11198 (LSS)<br><br>**Re: Docket No. \_\_\_\_** |
| In re:<br>Evans Tempcon Delaware, LLC,<br>    Debtor | ) ) ) ) ) | Chapter 7<br>Case No. 22-11199 (LSS)<br><br>**Re: Docket No. \_\_\_\_** |

**ORDER GRANTING THE MOTION OF BERKSHIRE BANK
FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the Motion of Berkshire Bank, a Massachusetts banking corporation ("Berkshire") for Relief from the Automatic Stay (the "Motion")[2] and due and proper notice of the Motion

---

[1] The Debtors in the above captioned Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: ProAir Intermediate Holdco, LLC (3331), ProAir, LLC (8392), American Cooling Technology, LLC (7742), Bus Air, LLC (8627) and Evans Tempcon Delaware, LLC (8229). The Debtors' principal place of business is 2900 County Road 6 West, Elkhart, IN 46514.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

having been given, and no other or further notice being necessary or required; and after due deliberation and sufficient cause appearing therefore

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The automatic stay imposed by 11 U.S.C. § 362 is hereby modified with respect to the Bank Priority Collateral (as that term is defined in the Motion), and Berkshire is entitled to exercise any and all rights and remedies it may have under the Loan Documents and applicable non-bankruptcy law, including, but not limited to, obtaining possession and disposing of the Bank Priority Collateral.

3. This Order shall be effective immediately.